RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Richard Sepulveda

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard Sepulveda,

    Plaintiff,

Vs.

Pete's Ace Hardware Co., Inc.,

    Defendant.

Case Number C-18-4884 KAW

STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER

Plaintiff Richard Sepulveda, and defendant Pete's Ace Hardware Co., Inc. ("Defendant") by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for Defendant, attorney Sean R. Burnett of Snyder Burnett Egerer, LLP), hereby stipulate as follows:

1. Plaintiff entered into a Settlement Agreement and General Release in this matter whereby he deemed resolved all claims and agreed to the dismissal of the above-captioned action with prejudice with regard to defendant, with all parties to bear their own respective attorney fees and costs.

2. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation to jointly request that the Court dismiss this action with prejudice as to all defendants and all causes of action.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Richard Sepulveda     5/6/2019

Sean R. Burnett of Snyder Burnett Egerer, LLP – By: Sean R. Burnett /s/ Sean R. Burnett

STIPULATION AND ORDER OF DISMISSAL – 18-4884 KAW

-1-

| | |
|---|---|
| Attorney for Pete's Hardware Co., Inc. | 5/6/2019 |

## FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on May 6, 2019, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Sean R. Burnett, attorney for all defendants herein, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

# [~~PROPOSED~~] ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Sepulveda v. Pete's Hardware Co., Inc., et al., Case No. C-18-4884 KAW, is dismissed with prejudice, with each party to bear his/her/its or its own attorney's fees and costs.

Date: 5/9/2019 _____

Kandis A. Westmore

United States Magistrate Judge